FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 10, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| KIRK L. WILLIAMS, | No. 2:24-CV-00342-SAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS** |
| FAIR FEILD AIR FORCE BASE IN FAIR FAX (AFFE) and AIR FORCE BASE, | |
| Defendants. | |

By Order filed November 5, 2024, the Court instructed Plaintiff to provide a certified copy of his six-month inmate trust account statement (or institutional equivalent) for the period immediately preceding **October 3, 2024**, or to pay the $405.00 filing fee to proceed with this action**.** ECF No. 5 at 2. Plaintiff, an individual incarcerated at the Stafford Creek Corrections Center, is proceeding *pro se*. Defendants have not been served in this action.

On November 6, 2024, Plaintiff submitted a statement of account which is again deficient. *See* ECF No. 6 at 2. This statement is dated February 28, 2024, and covers the period between July 31, 2023, to January 31, 2024. *Id*. It does not comply with the directive to provide an account statement for the six-month period immediately preceding October 3, 2024.

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS -- 1

The Court cautioned Plaintiff that if he failed either to pay the filing fee to or to properly seek leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(2), this action would be dismissed. ECF No. 5 at 2. Plaintiff neither paid the filing fee nor submitted an updated account statement by the due date of December 5, 2024.

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED WITHOUT PREJUDICE** for failure to pay the filing fee under 28 U.S.C. § 1914 or to comply with the *in forma pauperis* requirements of 28 U.S.C. § 1915.

2. The Court certifies any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order, enter judgment, provide copies to Plaintiff at his last known address and **CLOSE** the file.

**DATED** this 10th day of December 2024.



Stanley A. Bastian
Chief United States District Judge

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS -- 2