FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 21, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIRK L. WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>FAIR FEILD AIR FORCE BASE IN FAIR FAX (AFFE) and AIR FORCE BASE,<br><br>    Defendants. | No. 2:24-CV-00342-SAB<br><br>**ORDER DENYING MOTION TO HAVE COMPLAINT REINSTATED** |

By Order filed December 10, 2024, the Court dismissed this action for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915. ECF No. 7. On December 20, 2024, the Court denied Plaintiff's discovery requests as moot. *See* ECF No. 13.

That same day, Plaintiff submitted a Motion to have the Complaint Reinstated, along with a third statement of his inmate account, dated March 31, 2024, to September 30, 2024. ECF Nos. 11 and 12. Because Plaintiff did not timely provide this information as directed, despite numerous opportunities to do so, the Court will not reinstate this action.

The action was dismissed without prejudice. If Plaintiff wishes to file a new and separate action, he is free to do so. Plaintiff seems to express a belief that an

ORDER DENYING MOTION TO HAVE COMPLAINT REINSTATED # 1

attorney was supposed to pay the filing fee for this action. The Court cannot infer such an agreement from Plaintiff's submissions. Rather, it appears from these submissions that Plaintiff may be a plaintiff in a multidistrict litigation case currently pending in South Carolina. ECF No. 11 at 5.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Have Complaint Reinstated, ECF No. 11, is **DENIED**.

2. The Court certifies any appeal of this decision would not be taken in good faith.

3. The file shall remain **closed.**

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide a copy to Plaintiff at his last known address.

**DATED** this 21st day of January 2025.



Stanley A. Bastian
Chief United States District Judge

ORDER DENYING MOTION TO HAVE COMPLAINT REINSTATED # 2